IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; (2) OKLAHOMA STATE CHAMBER OF COMMERCE AND ASSOCIATED INDUSTRIES; (3) GREATER OKLAHOMA CITY CHAMBER OF COMMERCE; (4) METROPOLITAN TULSA CHAMBER OF COMMERCE, INC.; (5) OKLAHOMA RESTAURANT ASSOCIATION; and (6) OKLAHOMA HOTEL AND LODGING ASSOCIATION, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. CIV-08-109-C |
| (1) BRAD HENRY, in his official capacity as Governor of the State of Oklahoma; (2) W.A. DREW EDMONDSON, in his official capacity as Attorney General of the State of Oklahoma; (3) KEITH McARTOR; (4) STAN EVANS; (5) MARK ASHTON; (6) ANN CONG-TANG; (7) ELVIA HERNANDEZ; (8) RITA MAXWELL; (9) TERESA RENDON; (10) SAMMIE VASQUEZ, SR., and (11) JUANITA WILLIAMS, in their official capacities as Members of the Oklahoma Human Rights Commission; and (12) THOMAS E. KEMP, JR.; (13) JERRY JOHNSON, and (14) CONSTANCE IRBY, in their official capacities as Members of the Oklahoma Tax Commission, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF INJUNCTION

For the reasons set forth in the Court's Memorandum Opinion and Order granting Plaintiffs' Motion for Preliminary Injunction issued this date, the Court issues the following injunction:

The Defendants herein, and their officers, agents, servants, employees, attorneys, and persons acting in concert with them, are hereby enjoined from enforcing 25 Okla. Stat. § 1313(B)&(C) and 68 Okla. Stat. § 2385.32 until such time as a final decision is issued on the merits of this case.

IT IS SO ORDERED this 4th day of June, 2008.

ROBIN J. CAUTHRON
United States District Judge